**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                    Case No. 26-13819-SMG

**RAYAN DAZA,**                                              Chapter 7
            Debtor.
_____/

**JAMES H. WEAREN and**
**MOSES J. WIGGINS,**
each an individual,

            Plaintiffs,

vs.                                                                      Adv. Pro. No. 26-01164-SMG

**RAYAN DAZA, an individual,**

            Defendant.
_____/

### NOTICE OF FILING OF AMENDED EXHIBIT A

TO THE HONORABLE COURT, THE PARTIES OF RECORD, AND ALL INTERESTED PARTIES:

Plaintiffs, JAMES H. WEAREN and MOSES J. WIGGINS, by and through undersigned counsel, hereby file this Notice of Filing of Amended Exhibit A to the Adversary Complaint filed in the above-captioned matter on May 16, 2026.

Plaintiffs inadvertently filed the Adversary Complaint without attaching the documents referenced in Exhibit A. Amended Exhibit A, attached hereto, contains the following documents from Wearen, et al. v. X Auto Import and Export Corp., et al., Case No. 23-CV-23223-RAR (S.D. Fla.):

Page 1 of 2

1. Complaint (ECF No. 1);

2. Order Granting Motion for Default Final Judgment (ECF No. 80); and

3. Final Default Judgment (ECF No. 81).

This Amended Exhibit A supersedes and replaces the incomplete Exhibit A previously filed with the Adversary Complaint and is incorporated herein by reference as part of the Adversary Complaint.

Dated: May 16, 2026.

Respectfully Submitted,

**SUE YOUR DEALER – A LAW FIRM**
4601 SHERIDAN ST #205
HOLLYWOOD, FL 33021
Telephone: (954) 228-5674
Facsimile: (954) 697-0357
Email: Josh@Sueyourdealer.com

By: /s/ Joshua Feygin
     Joshua Feygin, Esq.
     Florida Bar No. 124685
     Counsel for Plaintiffs