**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-23223**

JAMES WEAREN and
MOSES WIGGINS,
Individuals,

      Plaintiffs,

vs.

X AUTO IMPORT AND EXPORT CORP.,
a Florida Corporation, and
RAYAN DAZA, an individual,
CFS OF SOUTH FLORIDA, L.L.C., A
Florida Limited Liability Company,

      Defendants.

_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, sue Defendants,

X AUTO IMPORT AND EXPORT CORP., a Florida Corporation, RAYAN DAZA, an individual,

and CFS OF SOUTH FLORIDA, L.L.C., a Florida limited liability company, and allege:

### *Jurisdiction and Venue*

1.     This Court has jurisdiction under the Federal Odometer Act, 49 U.S.C. §32710 and

28 U.S.C. §§1331 and 1337, and has supplemental jurisdiction over state claims under 28 U.S.C.

§1367.

2.     Venue is proper in Miami-Dade County as X AUTO IMPORT AND EXPORT

CORP is a legal entity incorporated under the laws of Florida whose principal business location was

or is in Miami-Dade County, Florida, and as the vehicle sale upon which these claims are based

occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

### *SYNOPSIS OF PROCEEDING*

3.      The instant action involves claims under the Federal Odometer Act, 49 U.S.C. §32701 ("**Odometer Act**"), which prohibits the disconnection, resetting or alteration of odometers with the intent to change the number of miles indicated thereon.

4.      Odometer tampering is a significant criminal and consumer fraud issue in the United States. According to the National Highway Traffic Safety Administration ("**NHTSA**"), over 450,000 vehicles sold each year have false odometer readings, causing over One Billion Dollars ($1,000,000,000.00) of loss to American car buyers.

5.      In South Florida, automobile dealerships are routinely rolling back the odometers of vehicles in order to purloin profit. In many instances, dealerships focus on rolling back the odometers of so-called "working people" cars — such as vehicles manufactured by Nissan, GMC and Ford.

### *ALLEGATIONS AS TO PARTIES*

6.      At all times material hereto, Plaintiffs, JAMES WEAREN and MOSES WIGGINS ("**Mr. Wearen** and **Mr. Wiggins**"), were *sui juris* and residents of Miami-Dade County, Florida.

7.      At all times material hereto, Defendant, X AUTO IMPORT AND EXPORT CORP. ("**X AUTO**" or "**Dealership**") was a Florida Corporation, doing business at 9937 NW 27th Ave, Miami, FL 33147.

8.      At all times material hereto, the Dealership was a "dealer" as said term is defined under 49 U.S.C. §32702(2) and Florida Statute §320.77(1)(a) and a "transferor" as said term is defined under 49 C.F.R. §590.3.

9. At all times material hereto, Defendant, RAYAN DAZA ("**Mr. Daza**"), was *sui juris* and a resident of Broward County, Florida.

10. At all times material hereto, Mr. Daza was the president, manager and control person of Dealership, and maintained complete authority and control over Dealership to the extent that dealership was the alter ego and mere instrumentality of Mr. Daza.

11. As detailed below, Mr. Daza either directly participated in the wrongful conduct described below or alternatively ratified such activity upon being informed of same.

12. At all times material hereto, Defendant, CFS OF SOUTH FLORIDA, L.L.C. ("**Holder**"), was a Florida limited liability company authorized to do business in Florida as a lender and a "sales finance company" as defined in Fla. Stat. § 520.02(19) and is a "holder" of a "retail installment contract" as defined in Fla. Stat. § 520.02(8).

13. At all times material hereto, X AUTO was a "dealer" as said term is defined under Florida Statute §320.77(1)(a).

14. At all times material hereto, the Dealership was in the business of selling and financing used motor vehicles to the public-at-large in Miami-Dade County, Florida.

### *FACTUAL ALLEGATIONS*

15. On or about February 21st, 2023, Mr. Wearen and Mr. Wiggins visited the place of business of the Dealership for the purpose of selecting a used motor vehicle to be used for personal, family and household purposes.

16. After brief negotiations, Mr. Wearen and Mr. Wiggins selected a used 2014 GMC Subject Vehicle, VIN ending in 342700 ("**Subject Vehicle**").

17. At the time Mr. Wearen and Mr. Wiggins selected the Subject Vehicle, Defendants both in writing and orally represented to Mr. Wearen and Mr. Wiggins that the odometer reading

for the Subject Vehicle was 90,986 miles ("**Mileage Representation**").

18.     As finances were tight, the Plaintiffs' decision to purchase the Vehicle was made in reliance of the Mileage Representation given that lower mileage vehicles tend to need less maintenance that higher mileage vehicles.

19.     In the belief that they had purchased reliable transportation at a reasonable value, Mr. Wearen and Mr. Wiggins executed and delivered to Defendants a document entitled "Retail Installment Sales Contract" ("**RISC**").

20.     A true and correct copy of the RISC (with redacted personal information of Mr. Wearen and Mr. Wiggins) is attached hereto and incorporated herein by reference as Exhibit "A".

21.     Pursuant to the RISC, Mr. Wearen and Mr. Wiggins agreed to pay the sum of Eleven Thousand Four Hundred Fifty-One and 45/100ths Dollars ($11,451.45), as and for the purchase price for the Subject Vehicle.

22.     Dealer assigned the RISC to Holder on an unknown date and for unknown consideration.

### *Discovery of Mileage Rollback*

23.     Upon conclusion of the transaction to purchase the Subject Vehicle, Mr. Wearen and Mr. Wiggins left the Dealership with the Subject Vehicle in the belief that they acquired reliable transportation for their personal and household purposes.

24.     However, shortly after purchasing the Subject Vehicle, Mr. Wearen and Mr. Wiggins became concerned with the vehicle's mileage as it became apparent that it did not reflect the mechanical condition of a vehicle with 90,986 miles.

25.     Concerned with the poor mechanical condition of the Subject Vehicle, Mr. Wearen and Mr. Wiggins obtained a history report for the Subject Vehicle and subsequently learned that the

Subject Vehicle had substantially greater mileage than that which was represented to Mr. Wearen and Mr. Wiggins by Dealership.

26.     As part of their due diligence in the preparation of the instant claim, Mr. Wearen and Mr. Wiggins, through counsel, obtained a copy of the title history ("**Title History**") for the Subject Vehicle from the State of Florida, Department of Highway Safety and Motor Vehicles ("**DMV**"), including Certificate of Title No. 132537478 with an issue date of October 22, 2018 ("**Transfer Title**").

27.     True and correct copies of the Title History and Transfer Title are attached hereto as Exhibits "B" and "C", respectively.

28.     According to the Title History for the Subject Vehicle, the Dealership acquired the Subject Vehicle on February 28, 2022 from "THE AUTO WAREHOUSE." At the time of the acquisition of the Subject Vehicle by the Dealership, the odometer reading for the Subject Vehicle was in excess of 190,000 miles. The relevant portion of the transfer title is transposed below for ease of reference.

29.     The transfer of the title from The Auto Warehouse to Dealership was executed by Mr. Daza.

30.     In reviewing the Title History for the Subject Vehicle, Mr. Wearen and Mr. Wiggins

learned for the first time that the Dealership submitted to the DMV a title reassignment on the

Transfer Title ("**Title Application**") with respect to the transfer of the Subject Vehicle from the

Dealership to Mr. Wearen and Mr. Wiggins. *Id.*

31.     The relevant portion of the reassignment is transposed below.



32.     As is evident from the sudden decrease in the mileage between the two transfers, the

odometer for the Subject Vehicle was rolled back over 99,000 miles after the purchase of the Subject

Vehicle by Dealership and immediately prior to its sale to Mr. Wearen and Mr. Wiggins.

33.     As before, the title was signed by Rayan Daza, on behalf of the Dealership.

34.     The reassignment appears to have been signed by Mr. Wearen and Mr. Wiggins.

35.     Pursuant to the reassignment, the Dealership was required to provide an odometer

declaration in the following form ("**Odometer Declaration**"):

36.     When completing the Odometer Declaration for the Title Application, the Dealership

inserted into the Odometer Declaration that the mileage reading was "90,986". *Id.*

37.     Upon information and belief, Mr. Daza, on behalf of the Dealership, inserted the "X" into the selection that indicated that mileage disclosed did not reflect the actual mileage in the Odometer Declaration in order to be able to feign compliance with the requirements of the federal and state odometer acts in the event the DMV or Mr. Wearen and Mr. Wiggins discovered the actual mileage and misconduct of the duo at a later time.

38.     Upon good information and belief, tampering with odometers and the sale of vehicles with tampered odometers is a regular business practice of the Dealership and Mr. Daza.

39.     All conditions precedent to instituting this action have occurred or have otherwise been waived.

40.     Mr. Wearen and Mr. Wiggins have retained the undersigned law firm and have obligated themselves to pay a reasonable fee for its services.

### *Finance Company Liability*

41.     In compliance with the FTC Holder Rule, the RISC at issue in the instant proceeding bears the following conspicuous language:

> NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

42.     Florida Statue § 516.31(2), known more commonly as the "Florida Holder Rule," provides in pertinent part the following:

> (2) Restriction on Certain Negotiable Instruments and Installment Contracts - A holder or assignee of any negotiable instrument or installment contract, other than a currently dated check, which

originated from the purchase concerning consumer goods or services is subject to all claims or defenses of the consumer debtor against the seller of those consumer goods or services. A person's liability under this section may not exceed the amount owing to the person when that claim or defense is asserted against the person.

43.     Accordingly, pursuant to Florida Holder Rule, Holder, as a holder or assignee of any negotiable instrument subject to the requirements of Florida Statutes Chapter 516, is subject to all claims and defenses of the consumer debtor against the seller of those consumer goods or services, to-wit, the Dealership.

44.     Specifically, Plaintiffs seek restitution of all installment payments made in furtherance of the RISC, rescission of the transaction in full and damages up to and including the present balance of indebtedness under the RISC.

45.     Plaintiffs aver that their claim is so large that it exceeds the remainder of any debt owed to Holder under the RISC.

46.     All conditions precedent to bringing this action have occurred, have been performed, or have been waived.

## COUNT I
## ACTION FOR VIOLATION OF THE FEDERAL ODOMETER ACT
### (All Defendants)

47.     This is an action for violation of the Federal Odometer Act, also known as the "Federal Motor Vehicle Information and Cost Savings Act," 49 U.S.C. §32710, et seq. ("**Odometer Act**" or "**Act**"), and the regulations promulgated thereunder. Specifically, this is a claim based on odometer tampering.

48.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

49.     At all times material hereto, Dealership was a "dealer" as said term is defined under

49 U.S.C. §32702(2).

50.     Pursuant to 49 U.S.C. §32703, a person may not *inter alia:*

- disconnect, reset, alter or have disconnected, reset, or altered, an odometer of a motor vehicle intending to change the mileage registered by the odometer;
- with intent to defraud, operate a motor vehicle on a street, road or highway if the person knows that the odometer of the vehicle is disconnected or not operating; or,
- conspire to violate 49 U.S.C. §32703, §32704 or §32705 of the Act.

51.     Pursuant to 49 U.S.C. §32704, a person may service, repair or replace the odometer of a motor vehicle if the mileage registered by the odometer remains the same as before the service, repair or replacement. If the mileage registered cannot remain the same -

(1) a person shall adjust the odometer to read zero; and,

(2) the owner of the vehicle or agent of the owner shall attach written notice to the left door frame of the vehicle specifying the mileage before the service, repair or replacement and the date of service of service, repair or replacement.

52.     By information and belief, the odometer of the Subject Vehicle was either tampered with or was replaced by Mr. Daza on the Dealership's behalf while in the Dealership's exclusive care, custody and control without compliance under the Act.

53.     Pursuant to 49 U.S.C. §32705, a motor vehicle the ownership of which is transferred may not be licensed for use in the state unless the transferee, in submitting an application to the state upon which the license will be issued, includes with the application the transferor's title and, if that title contains a blank space, must disclose the mileage at the time of a future transfer, a statement, signed and dated by the transferor under the Odometer Act.

54.     Mr. Daza conspired with the Dealership to violate the Act with intent to defraud.

55.     As a direct and proximate result of the above-described actions, Dealership and Mr.

Daza each violated the Act with the intent to defraud.

56.     As a result of the violation of the Act, Dealership and Mr. Daza are liable to Mr. Wearen and Mr. Wiggins in an amount equal to three times actual damages or $10,000.00, whichever is greater, plus attorney's fees and costs pursuant to 49 U.S.C. §32710.

57.     Mr. Wearen and Mr. Wiggins have retained the undersigned attorney and are obligated to pay said attorney a reasonable fee for his services.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, RAYAN DAZA, an individual, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for statutory and actual damages, together with attorney's fees and costs pursuant to 49 U.S.C. §32710.

**COUNT II**
**ACTION FOR VIOLATION OF THE**
**FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT**
**(As to Dealership and Holder)**

58.     This is an action for violation of Florida Statute §501.201, *et sequi,* known more commonly as the "Florida Deceptive and Unfair Trade Practices Act" (the "**DUTPA**").

59.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

***General Allegations as to DUTPA***

60.     At all times material hereto, Mr. Wearen and Mr. Wiggins were each an "interested party or person" as said term is defined under Florida Statute §501.203(6).

61.     By virtue of the acts described above, Dealership was engaged in "trade or

commerce" as said term is defined under Florida Statute §501.203(8).

### *Violation the Florida Motor Vehicle Dealer License Act*

62. During the course of the sale and financing of the Subject Vehicle, Defendants violated the requirements of Florida Statutes Chapter 320, known more commonly as the "Florida Motor Vehicle Licenses Act," in the following respects:

    A. By misrepresenting or making false, deceptive or misleading statements with regard to the sale of the Subject Vehicle in violation of Florida Statute §320.27(b)3; and

    B. By perpetrating any fraud upon Mr. Wearen and Mr. Wiggins in connection with the sale of the Subject Vehicle in violation of Florida Statute §320.27(9)(b)13.

63. The violation of the Florida Motor Vehicle Dealer License Act is a *per se* violation of the DUTPA pursuant to Florida Statute §501.211(3)(c).

### *Violation of DUTPA as to Vehicle*

64. At all times material hereto, Mr. Wearen and Mr. Wiggins were "customers" as said term is defined under FDUTPA.

65. At all times material hereto, Dealership was a "dealer" as said term is defined under FDUTPA.

66.     At all times material hereto, the Subject Vehicle was a "vehicle" as defined under FDUTPA.

67.     X Autos and Mr. Daza conspired to commit odometer tampering and did so tamper with the Subject Vehicle's odometer, in contravention of Florida Statute §501.976(12).

68.     As more particularly described above, Dealership engaged in unfair methods of competition, unconscionable acts or practices, and unfair and deceptive acts or practices in the conduct of trade or commerce in violation of Florida Statute §501.204 (1).

69.     Pursuant to Florida Statute §501.211, Mr. Wearen and Mr. Wiggins are entitled to obtain a declaratory judgment that the acts and practices of the Dealership under the DUTPA and to enjoin it from further violations of the DUTPA.

70.     It is in the interest of protection of consumers that the Dealership be prohibited and proscribed from further violations of the DUTPA as described above.

71.     As a direct and proximate result of the violation of the DUTPA, Mr. Wearen and Mr. Wiggins have been damaged and are aggrieved persons.

72.     Mr. Wearen and Mr. Wiggins have retained the undersigned law office to represent their interest herein and are obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for:

        A.     Compensatory damages;

        B.     Declaratory relief against Dealership adjudicating that the actions of

Defendants described above constitute violations of the DUTPA;

> C. Injunctive relief against Dealership proscribing it from further violations of the DUTPA as described herein; and

> D. Attorney's fees and court costs pursuant to Florida Statute §501.2105.

### COUNT III
### VIOLATIONS OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
**(As to Mr. Daza)**

73. This is an action for violation of the DUTPA.

74. Plaintiffs adopt and reallege the allegations contained in Paragraphs 1-72, as if fully set forth herein.

75. Once a corporation's liability for violations of FDUTPA is established, individual Defendants may be liable for (1) injunctive relief for the corporate Defendant's practices if the individual defendant participated directly in the practices or acts or had authority to control them, and (2) monetary relief if the individual also had some knowledge of the practices.

76. Authority to control the company can be evidenced by active involvement in business affairs and the making of corporate policy, including assuming the duties of a corporate officer. *FTC v Amy Travel Service, Inc.,* 875 F. 2d 564, 573 (7th Cir. 1989) (citation omitted).

77. Intent to defraud is not a necessary element for individual liability under FDUTPA. *Windward Mktg., Inc.,* 1997 WL 33642380, at 13 (N.D. Ga. Sept. 30, 1997) (quoting *FTC v. Jordan Ashley, Inc.,* No. 93-2257, 1994 WL 200775, at 3 (S.D. Fla. Apr. 5, 1994)).

78. Rather, "[a]wareness of fraudulent practices and failure to act within one's authority to control such practices is sufficient to establish liability." *Id.* (quoting *FTC* v. *Atlantex Assocs.,* No. 87-45, 1987 WL 20384, at 11 (S.D, Fla. Nov. 25, 1987), *affd.,* 872 F. 2d 966 (11th Cir.1989)).

79. As is evident from the title documents referenced, *supra*, Defendant, Mr. Daza actively participated in Dealership's acts and practices.

80. Further, Defendant Mr. Daza, had knowledge and/or awareness of Dealership's acts and practices.

81. Accordingly, Defendant, Mr. Daza is jointly and severally liable for Dealership's FDUTPA violations.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment for injunction, damages, prejudgment and post-judgment interest, costs and attorney's fees against Defendant, RAYAN DAZA and such other relief the Court deems just and proper.

**COUNT IV**
**ACTION FOR FRAUD**
**(As to Dealership and Holder)**

82. This is an action for common law fraud.

83. Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

84. As more fully described above, Dealership misrepresented material facts concerning the sale of the Subject Vehicle to Mr. Wearen and Mr. Wiggins at the time of the sale of the Vehicle, to wit: the Mileage Representation.

85. Dealership knew that the representations set forth above were false or made such representations recklessly, and Dealership had no reasonable grounds for believing those representations to be true.

86. Dealership knew that the above representations and omissions concerning the purchase of the Subject Vehicle were material and important.

87.     Dealership intended to deceive Mr. Wearen and Mr. Wiggins, who relied upon the misrepresentations and omission to their detriment.

88.     As a direct and proximate result of the misrepresentations and non-disclosures by Dealership, the actual and economic damages of Mr. Wearen and Mr. Wiggins include but are not limited the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer as well as increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, together with interest and costs.

## COUNT V
## ACTION FOR FRAUDULENT INDUCEMENT
### (As to Dealership and Holder)

89.     This is a claim for common law fraudulent inducement.

90.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

91.     As more particularly described above, Dealership induced Mr. Wearen and Mr. Wiggins into signing the RISC and consummating the transaction for the sale of the Subject Vehicle by knowingly making misrepresentations of material fact and omitting material facts with the intent that Mr. Wearen and Mr. Wiggins rely on them to their detriment.

92.     Dealership's misrepresentations of material fact and omissions of material fact were made and omitted with the intent that Mr. Wearen and Mr. Wiggins rely on them, or be deceived by them to their detriment.

93.     Mr. Wearen and Mr. Wiggins justifiably relied upon the misrepresentations to their detriment and further, had Mr. Wearen and Mr. Wiggins been advised of the truth, Mr. Wearen and Mr. Wiggins would not have entered into the RISC.

94.     As a result of the fraud and deceit by Dealership, the actual and economic damages of Mr. Wearen and Mr. Wiggins include but are not limited to the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer and increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, together with interest and costs.

**COUNT VI**
**ACTION FOR BREACH OF EXPRESS WARRANTY**
**(As to Dealership and Holder)**

95.     Mr. Wearen and Mr. Wiggins reallege and reaffirm the allegations contained in Paragraph 1 through 46 above as if set forth hereat in full.

96.     From the various statements by Dealership, including the Mileage Representation, Dealership made an express warranty pursuant to Section 2-313 of the Uniform Commercial Code ("**UCC**") by both affirmation of fact or promise and by description of goods ("**Express Mileage Warranty**").

97.     As evidenced by the title records and other evidence, Dealership has breached the Express Mileage Warranty.

98.     As a direct and proximate result of the breach of the Express Mileage Warranty, Mr.

Wearen and Mr. Wiggins have been damaged.

99.     The damages of Mr. Wearen and Mr. Wiggins include but are not necessarily limited to the diminution in value of the Subject Vehicle as a result of it having an inaccurate odometer and increased maintenance costs associated with a vehicle of higher mileage.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, together with interest and costs.

## COUNT VII
## ACTION FOR REVOCATION OF ACCEPTANCE
### (Dealership and Holder)

100.    This is a claim for revocation of acceptance.

101.    Plaintiffs reaffirm and reallege the allegations contained in Paragraphs 1 through 46 above as if set forth hereat in full.

102.    Plaintiffs accepted the Vehicle without discovering the above-described mileage tampering because Plaintiffs were reasonably induced to accept the Vehicle based on Dealer's misrepresentations and the difficulty of discovering the above facts.

103.    Dealer refused and continues to refuse to correct the nonconformities present in the subject vehicle.

104.    The nonconformities substantially impair the value of the Subject Vehicle.

105.    Plaintiffs notified Dealer, verbally and in writing, that Plaintiffs were revoking acceptance.

106.    Despite receipt of Plaintiffs' notices, Dealer failed to resolve Plaintiffs' dispute.

WHEREFORE, Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, demand judgment against Defendants, X AUTO IMPORT AND EXPORT CORP., a Florida corporation, and CFS OF SOUTH FLORIDA, L.L.C., a Florida Limited Liability Company, jointly and severally, for the following:

A.      Declaring acceptance has been properly revoked by Plaintiffs and for damages incurred in revoking acceptance;

B.      A refund of the entire purchase amount paid by Plaintiffs for the subject vehicle;

C.      Consequential, incidental and actual damages;

D.      Costs, interest and attorneys' fees pursuant to 15 U.S.C. §2310(d)(2); and,

E.      Such other relief this Court deems appropriate.

***DEMAND FOR JURY TRIAL***

Plaintiffs, JAMES WEAREN and MOSES WIGGINS, each an individual, pursuant to Rule 38(b), Federal Rule of Civil Procedure, hereby demand a trial by jury of all issues so triable.

Respectfully Submitted,

/s/ Joshua Feygin
**Joshua Feygin, Esq.**
FLORIDA BAR NO: 124685
Email: Josh@Sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357
*Counsel for the Plaintiff*

# EXHIBIT A

# Retail Installment Contract and Security Agreement

FL-103-ARB 10/3

**Seller Name and Address**
X AUTO IMPORT AND EXPORT CORP
9937 NW 27th Ave
Miami, FL 33147

**Buyer(s) Name(s) and Address(es)**
Wearen James Henry, Jr

Wiggins Moises Jermaine

**Summary No.**

**Date** 2/21,

**Buyers' Month of Birth** November    November

☐ Business, commercial or agricultural purpose Contract.

**Documentary Stamp Tax.** Florida documentary stamp tax required by law in the amount of $ _____ 39.55 has been paid or will be paid directly to the Florida Department of Revenue. Certificate of Registration No. _____

## Truth-In-Lending Disclosure

| Annual Percentage Rate The cost of your credit as a yearly rate. | Finance Charge The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid when you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 26.00 % | $ 6368.20 | $ 11300.00 | $ 17668.20 | $ 2000.00 $ 19668.20 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| | $ | |
| 44 | $ 401.55 | Monthly, Beginning 03/23/23 |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the unpaid amount of the payment due.

**Prepayment.** If you pay off this Contract early, you may have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2014 | GMC | Acadia | SUV | 2700 | 90986 |

☐ New
☒ Used
☐ Demo

Other:

## Description of Trade-In

N/A

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding uring financing ("Agreement") applies:

_____. The Agreement is part of this Contract. The ement will no longer control after the assignment is accepted. If there are any cts between the terms of the Agreement and the Contract, the terms of this Contract ply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 11300.00 _____ plus finance charges accruing on the unpaid balance at the rate of _____ 26.00 % per year from the date of this Contract until paid in full. Finance charges accrue on a 365 _____ day basis. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure.* You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Sched

RSSIMVLFAZFL 10/

tallment Contract-FL. Not for use in transactions secured by a dwelling.

Loan Processing Fee. You agree to pay a loan processing fee of

N/A _____ that will be ☐ paid in cash. ☐ financed over the term of the Contract.

☒ Pre-delivery Service Fee. You agree to pay a pre-delivery service fee of

$ 695.00 _____ that will be ☐ paid in cash. ☒ financed over the term of the Contract. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

☐ Minimum Finance Charge. You agree to pay a minimum finance charge of

$ N/A _____ if you pay this Contract in full before we have earned that much in finance charges.

## Itemization of Amount Financed

| | | | |
|---|---|---|---|
| a. Price of Vehicle, etc. (incl. sales tax of $ 807.65 ) | $ | 11451.45 |
| b. Pre-delivery service fee | $ | 695.00 |
| c. Cash Price (a+b) | $ | 12146.45 |
| d. Trade-in allowance | $ | N/A |
| e. Less: Amount owing, paid to (includes m): | $ | N/A |
| f. Net trade-in (d-e: if negative, enter $0 here and enter the amount on line m) | $ | N/A |
| g. Cash payment | $ | 2000.00 |
| h. Manufacturer's rebate | $ | N/A |
| i. Deferred down payment | $ | N/A |
| j. Other down payment (describe) | $ | N/A |
| k. Down Payment (f+g+h+i+j) | $ | 2000.00 |
| l. Unpaid balance of Cash Price (c-k) | $ | 10146.45 |
| m. Financed trade-in balance (see line f) | $ | N/A |
| n. Paid to public officials, including filing fees | $ | 120.00 |
| o. Insurance premiums paid to insurance company(ies) (See Insurance Disclosures section for coverage and benefits types.) | $ | N/A |
| p. Service Contract, paid to: | $ | N/A |
| q. | $ | 795.00 |
| r. Documentary Stamp Tax | $ | 39.55 |
| s. Electronic Filing Fee | $ | 199.00 |
| t. | $ | N/A |
| u. | $ | N/A |
| v. | $ | N/A |
| w. | $ | |
| x. Total Other Charges/Amts Paid (m thru w) | $ | 1153.55 |
| y. Prepaid Finance Charge | $ | N/A |
| z. Amount Financed (l+x-y) | $ | 11300.00 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

Credit Insurance. Credit life and credit disability (accident and health) are not requ[...] obtain credit and are not a factor in the credit decision. We will not provide them un[...] you sign and agree to pay the additional premium. If you want such insurance, we w[...] obtain it for you (if you qualify for coverage). We are quoting below **only** the coverag[...] you have chosen to purchase.

Credit Life
☐ Single ☐ Joint ☐ None
Premium $ N/A _____ Term N/A _____
Insured _____

Credit Disability
☐ Single ☐ Joint ☐ None
Premium $ N/A _____ Term N/A _____
Insured _____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

_____

By: _____ DOB

By: _____ DOB

By: _____ DOB

Property Insurance. You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A _____. If you get insurance from or through us you will pay $ N/A _____ for 0 months _____ of coverage.

This premium is calculated as follows:

☐ $ N/A _____ Deductible, Collision Cov. $ N/A _____
☐ $ N/A _____ Deductible, Comprehensive $ N/A _____
☐ Fire-Theft and Combined Additional Cov. $ N/A _____
☐ _____ $ N/A _____

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDE[...] UNLESS CHECKED AND INDICATED.

[This area intentionally left blank.]

Case 1:23-cv-20236-XXXX Document 2 Entered on FLSD Docket 02/21/2023 Page 4 of 4

## Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.

If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## Notices

☐ You understand that the balance owed on the Trade-in exceeds the Trade-in Allowance and that as a result the Total Balance Due has been increased by this $ __N/A__ of negative equity.

**Section 501.98, Florida Statutes,** requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, an address at which the dealer regularly conducts business.

_____ 2/21/2023
                         Date

_____ 2/21/2023
                         Date

_____
                         Date

Check the box below when Fla. Stat. Ann. § 319.001(9) applies:
☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.

_____ _____
Buyer                              Date

_____ _____
Buyer                              Date

_____ _____
Buyer                              Date

## Signatures

This agreement is not binding upon the Dealer/Seller until it is signed by an authorized representative of the Dealer/Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.

_____ 2/21/2023
                         Date

_____ 2/21/2023
                         Date

_____ _____
Buyer                              Date

Dealer/Seller X AUTO IMPORT AND EXPORT CORP    2/21/2023
                                                 Date

CFS OF SOUTH FLORIDA
7980 Pine Blvd
PEMBROKE PINES, FL 33024

CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# EXHIBIT B

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 1 | 22 | JZR | 7375 |

AUDIT #

L# 3732979
T# 1777784167
B# 3117630
S# 97471904

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | 2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 03 06 23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
JAMES HENRY WEAREN JR AND MOSES JERMAINE WIGGINS

| | BIRTHDATE SEX MO. DAY YEAR | RESIDENT Y N ALIEN | CNTY RES.# |
|---|---|---|---|
| | | X | 1 |

1st OWNER FL/DL# OR F.E.I.D.#    2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.75 | 73.00 | 0.00 | 77.75 |

**Action Requested:** TRANSFER TITLE
RETAINED AS ELECTRONIC TITLE

**Brands:**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/21/2023 | | XX | 90,986 MILES 02/21/2023 ACTUAL | ☐ |

**LIEN INFORMATION**

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 02/21/2023 | 03/06/2023 | 264278116-02 | 233651743 |

NAME OF FIRST LIENHOLDER:
CFS OF SOUTH FLORIDA, LLC

ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
X AUTO SALES
ADDRESS
9937 NW 27 AVE
MIAMI, FL 33147
DEALER LICENSE NO.
VI11280821

CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**
TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM       EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE       USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY $
UNPAID BALANCE DUE SELLER, BANK OR OTHERS

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER $    0.00
212, FLORIDA STATUTES

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____
Signature of Applicant/Owner

_____
Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06        SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

**STATE OF FLORIDA**

**LIEN SATISFACTION**

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ██████2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Date of Issue   10/22/2018

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner:
MARCEL PAUL
████████████████

BD
J256723B

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Lien Release
Interest in the described vehicle is hereby released
By_____

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Date_____

Registered Owner
MARCEL PAUL
████████████████

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number **154155380**

1  /3   154155380

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**          Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: 00          Seller Must Enter Date Sold: 12-21-21

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads 187,792 X (no tenths) miles, date read 12-21-21 and I hereby certify that to the best of my knowledge the odometer reading
☑ 1. reflects ACTUAL MILEAGE.     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____ (POA) for Marcel Paul          CO-SELLER Must Sign Here: _____

Print Here: Thaluis Garcia - AGT          Print Here: _____

Selling Dealer's License Number: _____          Tax No.: _____          Tax Collected: _____

Auction Name: _____          License Number: _____

PURCHASER Must Sign Here: BOMNIN CHEVROLET DADELAND - AGT

Print Here: BOMNIN CHEVROLET DADELAND - AGT

NOTICE- PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)          **STATE OF FLORIDA**

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2980 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____     Purchaser's DL/ID _____
First            MI            Last

Address _____     Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

VF10326571

Selling Dealer's License No.: _____
Selling Dealer's Name: **BOMNIN CHEVROLET DADELAND**     23-8015467123     Date Sold: 1-14-22
Selling Dealer's Address: 8455 So Dixie Hwy, Miami, FL 33143
Purchaser's Name(s): THE AUTO WAREHOUSE   Address: 3632 N Cicero Ave Chicago IL 60641
I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS  190932  XX  (NO TENTHS) MILES, DATE READ 1-14-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  [ ] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Michell Frederick Ag
Print Here: Michelle Frederick Agt
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: **BOMNIN CHEVROLET DADELAND** J. Peña -AGT
Auction Name (When Applicable): MANHEIM ORLANDO VA/1004769 13
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: 7157
Selling Dealer's Name: The Auto Warehouse   Tax No.: _____   Tax Collected: 12/5
Selling Dealer's Address: 3632 N Cicero Ave, Chicago IL 60641   Date Sold: 1/28/22
Purchaser's Name(s): X Q Imports & Export DBA   Address: 7937 NW 27 Ave Miami FL 33147
X Auto Sales
I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS  190 935  XX  (NO TENTHS) MILES, DATE READ 1-28-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  [X] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____ (agt)
Print Here: RAYAN DAZA
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: Michell Frederick Agt
Print Here: Michelle Frederick Agt
Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: V1-1128082-1
Selling Dealer's Name: X Auto Sales Agt  X Auto Teleport & Export   Tax No.: 2584/0433   Tax Collected: 808.65
Selling Dealer's Address: 7937 NW 27 Ave Miami FL 33147   Date Sold: 2/21/23
Purchaser's Name(s): WEHREN, JAMES HENRY Jr & WIGGINS, MOISES J.   Address: 10765 SW 147 ST MIAMI, FL 33176
I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS  910 986  XX  (NO TENTHS) MILES, DATE READ 2/21/23, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  [ ] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [X] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: James H. Warren Jr.
Print Here: JAMES HENRY WARREN JR
Co-Purchaser Must Sign Here: Moise Wiggins
Print Here: MOISES VETERMINE WIGGINS

Seller/Agent Must Sign Here: _____ (agt)
Print Here: RAYAN DAZA
Auction Name (When Applicable): _____
Auction License Number: _____

STATE OF FLORIDA
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
DIVISION OF MOTOR SERVICES
2900 Apalachee Parkway - Tallahassee, FL 32399-0610

HSMV 82995 (REV. 01/21)S

(Instructions on Reverse Side)

**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 2700 | 2014 | GMC | ACADIA | UT | 132537478 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, **MARCEL PAUL** appoint **Bomnin Chevrolet Dadeland**
　　(Print Seller's Name)　　　　　　　　　　　　　　　　　　　　　(Print Name of Dealership/Business)

as of **12/21/2021** as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
　　　(Date)

described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☒ 6 DIGIT ODOMETER NOW READS, 1 8 7 , 7 9 2 ☒☒ (NO TENTHS) MILES,
DATE READ **12/21/21**, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILAGE　　☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.　　☐ 3. IS NOT THE ACTUAL MILEAGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____　Seller's Printed Name **MARCEL PAUL**

Co Seller's Signature _____　Co Seller's Printed Name _____

Seller's Street Addre ████████████████

Purchaser's Signature _____　Purchaser's Printed Name **JOHANNY PEÑA**

**TRANSFEREE (Purchaser):**

Purchaser's Dealership Name **Bomnin Chevrolet Dadeland**　Dealer License No. **VF 1032657-1**
　　　　　　(Print Name of Dealership/Business)

Business Address **8455 S Dixie Hwy**　City **Miami**　State **FL**　Zip **33143**

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
　　　(Print Purchaser's Name)　　　　　　　　　　　　(Print Name of Dealership/Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
　　　(Date)

to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS, ☐☐☐ , ☐☐☐ . ☒☒ (NO TENTHS) MILES,
DATE READ __ __ / __ __ / __ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILAGE　　☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.　　☐ 3. IS NOT THE ACTUAL MILEAGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WARNING ODOMETER DISCREPANCY
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____　Seller's Printed Name _____
　　　　(For Dealership / Business)　　　　　　　　　　　　(For Dealership / Business)

Business Address _____　City _____　State _____　Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____　Purchaser's Printed Name _____

Co Purchaser's Signature _____　Co Purchaser's Printed Name _____

Purchaser's Name _____　Street Address _____

City _____　State _____　Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, **INALVIS GARCIA** , hereby certify that the mileage I have disclosed on the title document is
　　(Print Name of Person exercising above power(s) of attorney)

consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.
UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____　Date **01/21/2022**　Printed Name **INALVIS GARCIA**　**BOMNIN CHEVROLET DADELAND**

Street Address **8455 S Dixie Hwy**　City **Miami**　State **FL**　Zip **33143**

ORIGINAL:DMS Copy (with Title)　　GOLD COPY:Dealer/Business　　YELLOW COPY:Part A Seller

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

*LEIN*

## FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☑ TRANSFER VEHICLE TYPE: ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

**1 OWNER / APPLICANT INFORMATION**

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | | Owner | Co-Owner | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| | | Are you a Florida resident? | ☒yes ☐no | ☒yes ☐no | | |
| | | Are you an alien? | ☐yes ☒no | ☐yes ☒no | | |

☐ OR ☑ AND NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship ☒ Owner's County of Residence: Miami-Dade County

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| Wearen, James Henry. Jr | | | | |
| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | | | fix # |
| Wiggins Moises Jermaine | | | | |

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| ███████████ | | | |

| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐ | City | State | Zip |
|---|---|---|---|
| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |

**2 MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION**

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| ██████2700 | GMC | 2014 | SUV | wht | 132537478 |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| FL | | 4656 | | | | ☐ PASSENGER ☐ OTHER |

**TYPE**
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other_____ Specify
☐ Inflatable ☐ Sailboat

**HULL MATERIAL**
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other_____ Specify

**PROPULSION**
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other_____ Specify

**FUEL**
☐ Gas
☐ Diesel
☐ Electric
☐ Other_____ Specify

**\*DRAFT OF VESSEL** (The depth of water a vessel draws)
FT._____ IN._____
\*For all vessels 26' or more in length and all sailboats

**USE OF VESSEL**
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other_____
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

**PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:**

Previously Federally Documented Vessel, Attach Copy of: State of Principal Use
☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

**3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)**

| ☐ SHORT TERM LEASE | ☐ LONG TERM LEASE | ☐ REBUILT | ☐ POLICE VEHICLE | ☑ PRIVATE USE | ☐ TAXI CAB | ☐ FLOOD | ☐ N/EV | ☐ CUSTOM |
|---|---|---|---|---|---|---|---|---|
| ☐ ASSEMBLED FROM PARTS | ☐ BONDED TITLE | ☐ KIT CAR | ☐ GLIDER KIT | ☐ MANUF. BUY BACK | ☐ REPLICA | ☐ AUTONOMOUS | ☐ ELECTRIC | ☐ STREET ROD |

**4 LIENHOLDER INFORMATION**

| CHECK IF ELT CUSTOMER ☑ | ☐ FEID # ☐ DL # and Sex and Date of Birth ☑ DMV Account # 233051743 | Date of Lien 2/21/2023 | Lienholder's Name CFS OF SOUTH FLORIDA | |
|---|---|---|---|---|
| Lienholder's Email Address | Lienholder's Address 7980 Pine Blvd | City PEMBROKE PINES | State FL | Zip 33024 |

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder. (Signature of Lienholder's Representative)

**5 TRANSFER TYPE**

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) _____ DATE ACQUIRED 02 /21 /2023

**6 ODOMETER DECLARATION**

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [0][9][0],[9][8][6] .XX (NO TENTHS) MILES, DATE READ 02 /21 / 2023 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☒ 3. IS NOT THE ACTUAL MILEAGE.

**7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)**

| FLORIDA SALES TAX REGISTRATION NUMBER 25841/0433 | DATE OF SALE 2/21/2023 | DEALER LICENSE NUMBER VI11280821 | AMOUNT OF TAX 807.65 | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN | |

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC    www.flhsmv.gov

| 8 | | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION | |
|---|---|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

(Vehicle Identification Number)

DATE          SIGNATURE                          PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____ Badge # or Florida Dealer # _____ Notary Stamp or Seal

FL DMV/Tax Collector Employee _____ Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | | SALES TAX EXEMPTION CERTIFICATION | |
|---|---|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | | REPOSSESSION DECLARATION | |
|---|---|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | | NON-USE AND OTHER CERTIFICATIONS | |
|---|---|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☑ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) _____

| 12 | | APPLICATION ATTESTMENT AND SIGNATURES | |
|---|---|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_Francis H Warren Jr_     2/21/23          _Maxine Wiggens_          2/21/23
SIGNATURE OF APPLICANT (OWNER)     Date          SIGNATURE OF APPLICANT (CO-OWNER)     Date

| 13 | | RELEASE OF SPOUSE OR HEIRS INTEREST | |
|---|---|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____.
(Name of Deceased)                                (Date)

☐ testate (with a will)          ☐ intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

_____          _____

_____          _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15     RULE 15C-21.001, FAC

```
-DEALER LICENSE
   TYPE    NUMBER        BUSINESS TYPE                                        ACTIVE LOTS: 1
   VI /1128082   >>      CORPORATION                    ALERTS                TOTAL LOTS:  1
   LICENSE STATUS        ACTIVE              LICENSE STATUS
                                             DATE

   LICENSEE FEID /       473598269   / X AUTO IMPORT & EXPORT CORP            ...
   NAME:
-LOT SPECS:
   LICENSE       1    LOT TYPEPRIMARY    LOCATION STATUSOPEN                  MANUFACT.
   SUFFIX                                                                     APPROVAL
   ASSOCIATE SFX                                       LEGACY LICENSE
                                                         TYPE / NUM /
                                                         SUFFIX
   DBA NAME X AUTO SALES                                   /      /    ...    BUSINESS
                                                                             OWNERS

   PHYSICAL ADDR.  9937 NW 27 AVE                                            OFFICERS
   CITY            MIAMI                     ST   FL   ZIPCODE33147 -
   COUNTRY                                   FOREIGN POSTAL
                                             CODE
   REGION / ZONE 10  / B         COUNTY  1   MIAMI-DADE                       MANAGEMENT
   MAILING ADDR.   9937 NW 27TH AVE                                          EMPLOYEES
   CITY            MIAMI                     ST   FL   ZIPCODE33147 -
   COUNTRY                                   FOREIGN POSTAL                   BACKGROUND

   EMAIL ADDRESS   XAUTOSALES99@GMAIL.COM                   BIENNIAL     T
                                                            LICENSE
   EFFECTIVE DATE  03/24/2022  EXPIRATION DATE  04/30/2024 ISSUE DATE    10/21/2022   INSURANCE
   ACQUIRED DATE               LEASE LOCATION          T   INITIAL ISSUE 03/07/2019
                                                           DATE:
   MC <= 50CC                  MC > 50 CC                  MINI TRUCK
   DEVELOPMENTAL DEALER        USED VEHICLE                LOW SPEED VEHICLE             BOND
                              ONLY
   RV SALES                                               CAPITALIZATION
                                                          YEAR
   % OF OWNERSHIP
     PHONE                     RECORDS INSPECTION      SALESPERSON                     PRINT
     COMPLAINTS                SITE INSPECTION         LINE MAKES
     REGISTRATION              CURBSTONER              PERMITS
```

CNTY# AGY# SUB# RPT#

1   22   JZR   7375

AUDIT #

L# 3732979
T# 1777784167
B# 3117630
S# 97471904

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | 2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 03  06  23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
JAMES HENRY WEAREN JR AND MOSES JERMAINE WIGGINS

| | BIRTHDATE SEX MO. DAY YEAR | RESIDENT Y   N   ALIEN | CNTY RES # |
|---|---|---|---|
| | | X | 1 |

1st OWNER FL/DL# OR F.E.I.D.#          2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.75 | 73.00 | 0.00 | 77.75 |

**Action Requested:** TRANSFER TITLE          **Brands:**
RETAINED AS ELECTRONIC TITLE

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/21/2023 | | XX | 90,986 MILES 02/21/2023 ACTUAL | ☐ |

**LIEN INFORMATION**

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 02/21/2023 | 03/06/2023 | 264278116-02 | 233651743 |

NAME OF FIRST LIENHOLDER:
CFS OF SOUTH FLORIDA, LLC
ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
X AUTO SALES
ADDRESS
9937 NW 27 AVE
MIAMI, FL  33147
DEALER LICENSE NO.
VI11280821

CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**
TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM          EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE          USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY     $
UNPAID BALANCE DUE SELLER, BANK OR OTHERS

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER  $     0.00
212, FLORIDA STATUTES

☐  **SELLING PRICE VERIFIED**

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner          Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06          SCAN CODE     MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ▮▮▮2700 | 2014 | GMC | UT | 4656 | | 132537478 |

**STATE OF FLORIDA**

Registered Owner:
MARCEL PAUL

BD
J256723B

Date of Issue    10/22/2018

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL  33143

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

**LIEN SATISFACTION**

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ▮▮▮2700 | 2014 | GMC | UT | 4656 | | 132537478 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Registered Owner
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES     TALLAHASSEE     FLORIDA     DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number  154155380

Terry L. Rhodes
Executive Director

1  /3   154155380

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**     Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: $0
Seller Must Enter Date Sold: 12-21-21

I/We state that this ☐ 5 or ☒ 6 digit odometer now reads 187,792 ☐ X (no tenths) miles, date read 12-21-21 and I hereby certify that to the best of my knowledge the odometer reading:
☒ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____ (POA) for Marcel Paul
Print Here: Thalvis Garcia - AGT

CO-SELLER Must Sign Here: _____
Print Here: _____

Selling Dealer's License Number: _____     Tax No.: _____     Tax Collected: _____

Auction Name: _____     License Number: _____

PURCHASER Must Sign Here: BOMNIN CHEVROLET DADELAND
Print Here: J. Pena - AGT

CO-PURCHASER Must Sign Here: _____
Print Here: _____

NOTICE-PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)     **STATE OF FLORIDA**

SCAN TRANSACTION NUMBER 696171112

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building • Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First          MI          Last

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION: Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF10326571    Selling Dealer's Name: BOMNIN CHEVROLET DADELAND    Tax No.: 23-8015467/23    Date Sold: 11/14/22

Selling Dealer's Address: 8455 So Dixie Hwy Miami FL 33143

Purchaser's Name(s): THE AUTO WAREHOUSE 3632 N Cicero Ave Chicago IL 60641

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS 190930 XX (NO TENTHS) MILES, DATE READ 11/14/22 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  ☒ 1. REFLECTS ACTUAL MILEAGE  ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)  ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _Michell Frederick Agt_
Print Here: Michelle Frederick Agt

Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): MANHEIM ORLANDO VA/1004769/13
Print Here: BOMNIN CHEVROLET DADELAND J. Pena - AGT    Auction License Number: _____

---

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: 7157    Selling Dealer's Name: The Auto Warehouse    Tax No.: _____    Tax Collected: 12/5

Selling Dealer's Address: 3632 N Cicero Ave Chicago IL 60641    Date Sold: 1/28/22

Purchaser's Name(s): Q+O Imports & Export DBA X Auto Sales    Address: 9937 NW 27 Ave Miami FL 33147

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS 190935 XX (NO TENTHS) MILES, DATE READ 1/28/22 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  ☒ 1. REFLECTS ACTUAL MILEAGE  ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)  ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: RAYAN DAZA

Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _Michell Frederick Agt_    Auction Name (When Applicable): _____
Print Here: Michelle Frederick Agt    Auction License Number: _____

---

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-1128082-1    Selling Dealer's Name: X Auto Sales DBA Auto Import & Export    Tax No.: 2584/0-133    Tax Collected: 808.65

Selling Dealer's Address: 9937 NW 27 Ave Miami FL 33147    Date Sold: 2/21/23

Purchaser's Name(s): WARREN, JAMES HENRY Jr & WIGGINS, Moises J    Address: 10765 SW 147 ST Miami, FL 33176

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS 99762 XX (NO TENTHS) MILES, DATE READ 2/21/23 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX  ☐ 1. REFLECTS ACTUAL MILEAGE  ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)  ☒ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _James H. Warren Jr_
Print Here: James Henry Warren Jr

Co-Purchaser Must Sign Here: _Moise Wiggins_
Print Here: Moises Verdmore Wiggins

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____
Print Here: Rayan Daza    Auction License Number: _____

STATE OF FLORIDA
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR SERVICES**
2900 Apalachee Parkway - Tallahassee, FL 32399-0610

HSMV 82995 (REV. 01/21)5

(Instructions on Reverse Side)

**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 2700 | 2014 | GMC | ACADIA | UT | 132537478 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, __MARCEL PAUL__ appoint __Bomnin Chevrolet Dadeland__
(Print Seller's Name)                                    (Print Name of Dealership/Business)

as of __12/21/2021__ as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
(Date)

described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☒ 6 DIGIT ODOMETER NOW READS, [1][8][7],[7][9][2] ☒ (NO TENTHS) MILES, DATE READ __12/21/21__, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILAGE          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                              WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____     Seller's Printed Name __MARCEL PAUL__

Co Seller's Signature _____     Co Seller's Printed Name _____

Seller's Street Address ████████████████████████████

Purchaser's Signature _____     Purchaser's Printed Name __JOHANNY PEÑA__

**TRANSFEREE (Purchaser):**

Purchaser's Dealership Name __Bomnin Chevrolet Dadeland__     Dealer License No. __VF 1032657-1__
(Print Name of Dealership/Business)

Business Address __8455 S Dixie Hwy__     City __Miami__     State __FL__     Zip __33143__

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
(Print Purchaser's Name)                    (Print Name of Dealership/Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
(Date)

to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS, ☐☐☐,☐☐☐ . ☒ (NO TENTHS) MILES, DATE READ __ __ /__ __ /__ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILAGE          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE
                                                                                              WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____     Seller's Printed Name _____
(For Dealership / Business)                                    (For Dealership / Business)

Business Address _____     City _____     State _____     Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____     Purchaser's Printed Name _____

Co Purchaser's Signature _____     Co Purchaser's Printed Name _____

Purchaser's Name _____     Street Address _____

City _____     State _____     Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, __INALVIS GARCIA__ , hereby certify that the mileage I have disclosed on the title document is
(Print Name of Person exercising above power(s) of attorney)

consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same as or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____     Date __01/21/2022__     Printed Name __INALVIS GARCIA__ __BOMNIN CHEVROLET DADELAND__

Street Address __8455 S Dixie Hwy__     City __Miami__     State __FL__     Zip __33143__

ORIGINAL:DMS Copy (with Title)          GOLD COPY:Dealer/Business          YELLOW COPY:Part A Seller

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

*LEIN*

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☑ TRANSFER VEHICLE TYPE: ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

## 1 — OWNER / APPLICANT INFORMATION

Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐

Are you a Florida resident? Owner ☒ yes ☐ no  Co-Owner ☒ yes ☐ no
Are you an alien? Owner ☐ yes ☒ no  Co-Owner ☐ yes ☐ no

Unit Number | Fleet Number

☐ OR ☐ AND NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship ☒ Owner's County of Residence: Miami-Dade County

Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
Wearen, James Henry. Jr

Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix #

Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
Wiggins Moises Jermaine

Co-Owner's/Lessee's Email Address | Suffix #

Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip

Mobile Home Physical Address (If applicable) Check if in a mobile home rental park with 10 or more lots. | City | State | Zip

Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix #

Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip

## 2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number: 2700 | Make/Manufacturer: GMC | Year: 2014 | Body: SUV | Color: wht | Florida Title Number: 132537478

Previous State of Issue: FL | License Plate or Vessel Registration Number | Weight: 4656 | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE: ☐ PASSENGER ☐ OTHER

**TYPE**
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other _Specify_
☐ Inflatable ☐ Sailboat

**HULL MATERIAL**
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other _Specify_

**PROPULSION**
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other _Specify_

**FUEL**
☐ Gas
☐ Diesel
☐ Electric
☐ Other _Specify_

**DRAFT OF VESSEL** (The depth of water a vessel draws)
FT. ___ IN. ___
*For all vessels 26' or more in length and all sailboats

**USE OF VESSEL**
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

State of Principal Use

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

## 3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)
☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ ... ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

## 4 — LIENHOLDER INFORMATION
CHECK IF ELT CUSTOMER ☑ | ☐ FEID # ☐ DL # and Sex and Date of Birth ☑ DMV Account # 233051743 | Date of Lien 2/21/2023 | Lienholder's Name CFS OF SOUTH FLORIDA

Lienholder's Email Address | Lienholder's Address 7980 Pine Blvd | City PEMBROKE PINES | State FL | Zip 33024

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder. (Signature of Lienholder's Representative)

## 5 — TRANSFER TYPE
IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) _____ DATE ACQUIRED 02 / 21 / 2023

## 6 — ODOMETER DECLARATION
WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS **0 9 0, 9 8 6** .XX (NO TENTHS) MILES, DATE READ 02 / 21 / 2023 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☐ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☒ 3. IS NOT THE ACTUAL MILEAGE.

## 7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)
FLORIDA SALES TAX REGISTRATION NUMBER: 2584/0433 | DATE OF SALE: 2/21/2023 | DEALER LICENSE NUMBER: VI11280821 | AMOUNT OF TAX: 807.65 | DEALER / AGENT SIGNATURE

YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

_____
(Vehicle Identification Number)

_____     _____                    _____
DATE                        SIGNATURE                                   PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____    Badge # or Florida Dealer # _____    Notary Stamp or Seal

FL DMV/Tax Collector Employee _____    Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____    NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☑ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_James H Warren Jr_     2/21/23     _Muerie Wiggens_     2/21/23
SIGNATURE OF APPLICANT (OWNER)     Date     SIGNATURE OF APPLICANT (CO-OWNER)     Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____.
(Name of Deceased)                                          (Date)

☐ testate (with a will)     ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

_____          _____

_____          _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____
Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15     RULE 15C-21.001, FAC

SCAN TRANSACTION NUMBER 696171119

DEALER LICENSE
TYPE   NUMBER       BUSINESS TYPE                                                    ACTIVE LOTS: 1
VI /1128082   >>    CORPORATION                        ALERTS                        TOTAL LOTS:  1
LICENSE STATUS      ACTIVE              LICENSE STATUS
                                        DATE

LICENSEE FEID /      473598269  / X AUTO IMPORT & EXPORT CORP           ...
NAME:
LOT SPECS:
LICENSE       1     LOT TYPEPRIMARY    LOCATION STATUSOPEN                            MANUFACT.
SUFFIX                                                                                APPROVAL
ASSOCIATE SFX                                          LEGACY LICENSE
                                                         TYPE / NUM /
                                                         SUFFIX
DBA NAME X AUTO SALES                                      /        /    ...          BUSINESS
                                                                                     OWNERS

PHYSICAL ADDR.  9937 NW 27 AVE                                                        OFFICERS
CITY            MIAMI                    ST   FL   ZIPCODE33147 -
COUNTRY                                  FOREIGN POSTAL
                                         CODE
REGION / ZONE 10  / B          COUNTY  1  MIAMI-DADE                                  MANAGEMENT
MAILING ADDR.   9937 NW 27TH AVE                                                      EMPLOYEES
CITY            MIAMI                    ST   FL   ZIPCODE33147 -
COUNTRY                                  FOREIGN POSTAL                               BACKGROUND

EMAIL ADDRESS   XAUTOSALES99@GMAIL.COM                         BIENNIAL      T
                                                              LICENSE
EFFECTIVE DATE  03/24/2022  EXPIRATION DATE  04/30/2024 ISSUE DATE    10/21/2022      INSURANCE
ACQUIRED DATE               LEASE LOCATION          T   INITIAL ISSUE  03/07/2019
                                                       DATE:
MC <= 50CC                  MC > 50 CC                  MINI TRUCK
DEVELOPMENTAL DEALER        USED VEHICLE               LOW SPEED VEHICLE             BOND
                            ONLY
RV SALES                                               CAPITALIZATION
                                                       YEAR
% OF OWNERSHIP
  PHONE                     RECORDS INSPECTION         SALESPERSON                   PRINT
  COMPLAINTS                SITE INSPECTION            LINE MAKES
  REGISTRATION              CURBSTONER                 PERMITS



SCAN TRANSACTION NUMBER
623354046

| CNTY# | AGY# | SUB# | RPT# |
| 1 | 3 | JKC | 5884 |

AUDIT # 154155380

## STATE OF FLORIDA
## APPLICATION FOR VEHICLE/VESSEL
## CERTIFICATE OF TITLE

L# 2370746
T# 1589360791
B# 1523612
S# 89138337

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 132537478 | ▮▮▮▮2700 | 2014 | GMC | UT | WHI | 4656 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 01 18 22 | PET | PRIVATE | | | | | | | |

BIRTHDATE SEX MO. DAY YEAR   RESIDENT Y N ALIEN   CNTY RES.#

Applicant/Owner's Name & Address
MARCEL PAUL
C/O BOMNIN CHEVROLET
▮▮▮▮▮

J2567 2312

X   10

1st OWNER FL/DL# OR F.E.I.D.#   2nd OWNER FL/DL# OR UNIT #
▮▮▮▮▮

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 3.50 | 6.50 | 0.00 | 10.00 |

**Action Requested:** PRINT ELECTRONIC TITLE          **Brands:**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| OH | 10/06/2018 | | XX | 48,248 MILES 09/29/2018 ACTUAL | ☐ |

## LIEN INFORMATION

DATE OF LIEN          RECEIVED DATE          FEID # OR FL / DL AND SEX AND DATE OF BIRTH          DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS

SALVAGE TYPE

## SELLER INFORMATION
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
HGREG.COM
ADDRESS
3801 S STATE ROAD 7
WEST PARK, FL 33023-6159
DEALER LICENSE NO.
VI11234181

CONSUMER OR SALES TAX EXEMPTION #

## SALES TAX AND USE REPORT
TRANSFER OF TITLE ☐  PURCHASER HOLDS VALID
IS EXEMPT FROM      EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐  VEHICLE / VESSEL WILL BE
USE TAX FOR THE     USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS   $

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES   $   0.00

☐ SELLING PRICE VERIFIED

## APPLICANT CERTIFICATION
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____
Signature of Applicant/Owner

_____
Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06          SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

SCAN TRANSACTION NUMBER
623354047

```
TITLE NUMBER     132537478    VEHICLE ID NUMBER  1GKKRNED8EJ342700      >>
        YEAR     2014          BODY  UT    MAKE   GMC     IN-HOUSE
        MAKE

TITLE ISSUE DATE   10/22/2018        TITLE STATUS       LIEN MAINTENANCE ONLY
                                     DESC
TITLE/NMVTIS       [  ]/[  ]         STATUS DATE        01/04/2022
PENDING
TITLE CANCEL DATE                    ELEC. TITLE        ELECTRONIC TITLE
                                     STATUS
CANCEL REASON                        EFS STATUS         (NONE)
C OF R ISSUE DATE                    LEGAL OWNERSHIP
C OF D ISSUE DATE                    TOW TYPE
AUTHORIZED                           TOW DATE
DESTRUCTION DATE                     TRANSFER OF        [  ]
                                     EQUITY
SALES TAX REG      463987289         MAILED TO          [T ]  ...

SALES TAX EXEMPT                      NMVTIS PRE        OH /1812288664
                                     STATE/NUM

PREV/CURR STATE    OH  /FL
```

```
─JNT OWNER NUM ───CUSTOMER NAME ──────────────────────────────────
    1      PAUL, MARCEL                             NONE     ...


─LIENS ──────────────────────────────────────────────────────────
                                                LIEN DETAILS


PLATES/VESSELS                      VEHICLE        BRAND
CORRESPONDENCE    [F ]               DETAILS        DETAILS

COMMENT DESC.
COMMENT DESC.
UNSTRUCT. NAME
```

SCAN TRANSACTION NUMBER 623354048

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ████2700 | 2014 | GMC | UT | 4656 | | 132537478 |

Registered Owner:

MARCEL PAUL

████████████

Date of Issue 10/22/2018

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL 33143

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

STATE OF FLORIDA — LIEN SATISFACTION

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ████2700 | 2014 | GMC | UT | 4656 | | 132537478 |

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner
MARCEL PAUL
████████████

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number 154155380

1  /3    154155380

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____ Address:_____

Seller Must Enter Selling Price:_____ Seller Must Enter Date Sold:_____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__||__|__|__||_X_| (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____ CO-SELLER Must Sign Here:_____

Print Here:_____ Print Here:_____

Selling Dealer's License Number:_____ Tax No.:_____ Tax Collected:_____

Auction Name:_____ License Number:_____

PURCHASER Must Sign Here:_____ CO-PURCHASER Must Sign Here:_____

Print Here:_____ Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)          STATE OF FLORIDA

**ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or Print in Ink.)**

**ASSIGNMENT OF OWNERSHIP**    This vehicle was a (if applicable):    Former Law Enforcement Vehicle    Flood Vehicle    Former Taxi

I (we) certify the vehicle/watercraft/outboard motor described in this title was delivered on 8/19/15 for the price of $_____ tx.

**H.GREG MIAMI, INC**

Buyer Printed Name

Buyer Printed Address 3801 S State Rd 7 West PARK FL 33023

**ODOMETER CERTIFICATION** Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment. I (we) certify to the best of my (our) knowledge that the odometer now reads [4][8] [2][4][3] miles (no tenths)

Check one: ☐ Actual Mileage
☐ The Mileage stated is in EXCESS of the Mechanical Limits    Seller is a minor ☐Yes ☐No
☐ The odometer reading is not the actual Mileage. WARNING Odometer Discrepancy

I (we) warrant the title to be free of all liens.

LaBELLE Sales + Service

Seller's Printed Name

Seller's Signature

JEANNE L. LABELLE

Seller's Printed Street Address 205 3rd St Columbus OH 43215
State    Zip

Notary: Subscribed and sworn to before me by Jill Shuert

On the 22 day of Aug 20 18 in the county of Bristol state of MA

(Notary Seal)

My commission expires 1-22-23 printed name Jeanne LaBelle Signature of (circle one)

Clerk, Deputy Clerk of Courts, Notary

Warning to buyer and seller: You are required by law to state the true selling price. A false statement is in violation of section 2921 13 of the Ohio Revised Code and is punishable by six months imprisonment or a fine of up to one thousand dollars or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

**BUYER ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

YAZMIN TRESPALACIOS   X

Buyer Printed Name    Buyer Signature

**APPLICATION FOR CERTIFICATE OF TITLE (Type or Print in Ink)**

Check type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant Printed Name _____    SSN/EIN _____

Applicant Printed Address _____
Street    City    Zip    County

Purchase Price $_____ Gross Tax Due $_____ Vendor's Discount $_____ Tax Paid $_____

Trade in Allowance $_____ If Tax Exempt, State Reason _____ Dealer # _____ Vendor # _____

Lienholder _____ ELien # _____

Lienholder Address _____

Condition of Vehicle/Watercraft/Outboard Motor (check only one): ☐Good ☐Fair ☐Poor ☐Wrecked    Title to be ☐ Printed ☐ Non-Printed

Optional: ☐ With Rights of Survivorship (2 owners only) ☐ Transfer On Death (1 owner only) BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No If yes, provide Date of Birth ___/___/___ and Minor Consent Form (BMV 3751)

I (we) state that all information contained in this application is true and correct.

X _____
Applicant Signature

Notary: Subscribed and sworn to before me by _____

On the ____ day of _____ 20 ____ in the county of _____ state of _____

(Notary Seal)

My commission expires _____ printed name _____ Signature of (circle one)

Clerk, Deputy Clerk of Courts, Notary X _____

**LATE FEE OF $5.00 FOR FAILURE TO APPLY WITHIN 30 DAYS OF ASSIGNMENT.**

SCAN TRANSACTION NUMBER
466968691

701171

# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO**  No. 18 1228 8664

ISSUING CNTY **CUYAHOGA**
RESIDENT CNTY **FRANKLIN**

**ORIGINAL**

ISSUE DATE
08/18/2018

| IDENTIFICATION NUMBER | | YEAR | MAKE | MAKE DESCRIPTION |
|---|---|---|---|---|
| ▉▉▉▉2700 | | 2014 | GMC | GENERAL MOTORS |

COMMENTS

**REGISTRATION**

PURCHASE PRICE
$0.00

BODY TYPE
SW

MODEL DESCRIPTION
ACADIA

CONVERSION

TAX
$0.00

MILEAGE
48,243

EVIDENCE
CAN-REGISTRATION

MLG BRAND **ACTUAL**

BRAND(S)

OWNER
**LABELLE SALES & SERVICES**

**20 S 3RD ST SUITE 210
COLUMBUS, OH 43215**

PREVIOUS OWNER
**2970-7528 QUEBEC INC**

**625 RUE DUBOIS
ST EUSTACHE, QC, CAN J7P3W1**

LIEN DISCHARGE

Lienholder _____

by: _____
Authorized signature    date

CLERK LIEN CANCELLATION

by: _____
Deputy Clerk    date

LIEN DISCHARGE

Lienholder _____

by: _____
Authorized signature    date

CLERK LIEN CANCELLATION

by: _____
Deputy Clerk    date

WITNESS MY HAND AND OFFICIAL SEAL THIS 18TH DAY OF AUGUST

%145275218

*%145275218*

%145275218

DENNIS G KENNEDY
FISCAL OFFICER

RDP
RDP

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

BMV 3800 4/16 [760-1503]

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: ▉▉▉▉▉2700

(Vehicle Identification Number)

09/29/2018

| DATE | SIGNATURE | PRINTED NAME |

Law Enforcement Officer or Florida Dealer/Agency Name **HGREG.COM (WEST PARK)**    Badge # or Florida Dealer # **VI11234181**    Notary Stamp or Seal

FL DMV/Tax Collector Employee _____   Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____   NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER _____

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN A MARRIED COUPLE   ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

09/29/2018

| SIGNATURE OF APPLICANT (OWNER) | Date | SIGNATURE OF APPLICANT (CO-OWNER) | Date |

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |

The undersigned person(s) state(s) as follows: That _____ died on _____ .
(Name of Deceased) (Date)

☐ testate (with a will)    ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)      Signature of Spouse, Co-Owner or Heir(s)

_____     _____

_____     _____

_____     _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

**HSMV 82040 – REV. 11/15**     RULE 15C-21.001, FAC

SCAN TRANSACTION NUMBER
466968693

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [XX] Title No.: _N/A_ State of Issue: _FL_

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes [ ] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 2700 | 2014 | GMC | ACADIA | FWD 4DR SLE1 |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| H GREG.COM | | VI/1024370/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 3801 S STATE RD 7 WEST PARK FL 33023-6159 | | | |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| 16899.00 | 1034.82 | |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| MARCEL PAUL | | 09/29/2018 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [4][8][2][4][8] XX (NO TENTHS) MILES,
DATE READ _09 29 18_, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING -- ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| H. Greg - CEU | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | N/A |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| MARCEL PAUL | N/A |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
http://www.flhsmv.gov/offices/

| | |
|---|---|
| Customer # | 9738 |
| Deal # | 10306 |
| Stock # | 701171 |

CHECK APPLICATION TYPE: ☑ ORIGINAL ☐ TRANSFER  VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

**1 — OWNER / APPLICANT INFORMATION**

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | Are you a Florida resident? / Are you an alien? | Owner: ☑ yes ☐ no / ☐ yes ☑ no | Co-Owner: ☐ yes ☐ no / ☐ yes ☐ no | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| 216541923 | | | | | | |

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship  ☑ Owner's County of Residence: BROWARD

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| MARCEL PAUL | | | | |

| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| | | | | |

| Owner's Mailing Address | City | State | Zip |
|---|---|---|---|
| ██████████ | | | |

| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐ | City | State | Zip |
|---|---|---|---|
| | | | |

| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| | | | | |

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|
| | | | |

**2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION**

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| ████2700 | GMC | 2014 | UT | WHI | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length | | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|---|
| O.H. | CYSX11 | 4656 | FL | In. | | | ☐ PASSENGER  ☐ OTHER |

**TYPE**
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other_____
☐ Inflatable ☐ Sailboat  Specify

**HULL MATERIAL**
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other_____ Specify

**PROPULSION**
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other_____ Specify

**FUEL**
☐ Gas
☐ Diesel
☐ Electric
☐ Other_____ Specify

**DRAFT OF VESSEL** (The depth of water a vessel draws)
FT.____ IN.____
*For all vessels 26' or more in length and all sailboats

**USE OF VESSEL**
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other_____
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

**PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:**

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or  ☐ Copy of Canceled Documentation Papers   State of Principal Use

**3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)**

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☑ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ ILEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

**4 — LIENHOLDER INFORMATION**

| CHECK IF ELT CUSTOMER ☑ | ☐ FEID # ☐ DL # and Sex and Date of Birth ☑ DMV Account # 200097583 | Date of Lien 09/29/2018 | Lienholder's Name BRIGHTSTAR CREDIT UNION |
|---|---|---|---|

| Lienholder's Email Address | Lienholder's Address P O BOX 8966 | City FT LAUDERDALE | State FL | Zip 33310 |
|---|---|---|---|---|

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.   (Signature of Lienholder's Representative)

**5 — TRANSFER TYPE**

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☑ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY)_____   DATE ACQUIRED 09 , 29 , 2018

**6 — ODOMETER DECLARATION**

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS  | 4 | 8 | , | 2 | 4 | 8 |  XX (NO TENTHS) MILES, DATE READ 09 / 29 / 2018 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

**7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)**

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 463987289 | 09/29/2018 | VI11234181 | 1034.82 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2008 | CHEV | 101101360 | 1G1ZG57B98F286696 |

HSMV 82040 – REV. 11/15   RULE 15C-21.001, FAC   www.flhsmv.gov

# EXHIBIT C

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1589360791
B# 1523612

**STATE OF FLORIDA**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Date of Issue    10/22/2018

Registered Owner:
MARCEL PAUL

BD
J256723B

Mail To:
BOMNIN CHEVROLET
8455 SOUTH DIXIE HWY
MIAMI, FL  33143

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKKRNED8EJ342700 | 2014 | GMC | UT | 4656 | | 132537478 |

Lien Release
Interest in the described vehicle is hereby released
By_____

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| OH | WHI | | | | PRIVATE | |

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 48,248 MILES 09/29/2018 ACTUAL | | | | 10/22/2018 |

Date_____

Registered Owner
MARCEL PAUL

1st Lienholder
ELECTRONIC TITLE PRIOR TO 01/18/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number  154155380

Terry L. Rhodes
Executive Director

1 /3    154155380

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **BOMNIN CHEVROLET DADELAND**    Address: **8455 So Dixie Hwy, Miami, FL 33143**

Seller Must Enter Selling Price: BD ____ 187,792    Seller Must Enter Date Sold: 12-21-21

I/We state that this ☐ 5 or ☒ 6 digit odometer now reads |187,792| X | (no tenths) miles, date read 12-21-21 and I hereby certify that to the best of my knowledge the odometer reading ☒ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: ___(POA) for Marcel Paul___    CO-SELLER Must Sign Here: _____

Print Here: Thaluis Garcia - AGT    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name _____    License Number: _____

PURCHASER Must Sign Here: BOMNIN CHEVROLET DADELAND    CO-PURCHASER Must Sign Here: _____

Print Here: _____ - AGT    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)    **STATE OF FLORIDA**

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2980 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____    Purchaser's DL/ID _____
First            MI            Last

Address _____    Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF10326571
Selling Dealer's Name: **BOMNIN CHEVROLET DADELAND**   23-8015467123    Date Sold: 1-14-22
Selling Dealer's Address: 8455 So Dixie Hwy, Miami, FL 33143
Purchaser's Name(s): THE AUTO WAREHOUSE   Address: 3632 N Cicero Ave Chicago IL 60641
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [190932] XX (NO TENTHS) MILES, DATE READ 1-14-22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: *Michelle Frederick Agt*
Print Here: Michelle Frederick Agt
Co-Purchaser Must Sign Here: _____
Print Here: _____
Seller/Agent Must Sign Here: _____
Print Here: **BOMNIN CHEVROLET DADELAND** J. Peña -AGT
Auction Name (When Applicable): MANHEIM ORLANDO VA/1004769 13
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: 7157
Selling Dealer's Name: The Auto Warehouse   Tax No.: _____   Tax Collected: 12/5
Selling Dealer's Address: 3632 N Cicero Ave, Chicago IL 60641   Date Sold: 1/28/22
Purchaser's Name(s): X Auto Imports & Export DBA X Auto Sales   Address: 7937 NW 27 AVE Miami FL 33147
I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [190 935] XX (NO TENTHS) MILES, DATE READ 1-28-22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: _____
Print Here: RAYAN DAZA
Co-Purchaser Must Sign Here: _____
Print Here: _____
Seller/Agent Must Sign Here: *Michelle Frederick Agt*
Print Here: Michelle Frederick Agt
Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: V1-1128082-1
Selling Dealer's Name: X Auto Import & Export   Tax No.: 2584/0433   Tax Collected: 808.65
Selling Dealer's Address: 7937 NW 27 AVE Miami FL 33147   Date Sold: 2/21/23
Purchaser's Name(s): WEHREN, JAMES HENRY JR & WIGGINS, MOISES J. 10765 SW 147 ST MIAMI, FL 33176   Address: _____
I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [910 986] XX (NO TENTHS) MILES, DATE READ 2/21/23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☑ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY
Purchaser Must Sign Here: *James H. Warren Jr.*
Print Here: JAMES HENRY WARREN JR
Co-Purchaser Must Sign Here: *Moises Wiggins*
Print Here: MOISES VERONIQUE WIGGINS
Seller/Agent Must Sign Here: _____
Print Here: RAYAN DAZA
Auction Name (When Applicable): _____
Auction License Number: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-23223-RAR**

**JAMES H. WEAREN**, *et al.*,

      Plaintiffs,

v.

**X AUTO IMPORT AND EXPORT CORP.**, *et al.*,

      Defendants.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Default Final Judgment Against Rayan Daza ("Motion"), [ECF No. 74], and the Order Granting Plaintiffs' Motion for Final Default Judgment ("Order"), [ECF No. 80]. For the reasons stated in the Order, and pursuant to Rule 55 and Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby **ENTERED** in favor of Plaintiffs and against Defendant Rayan Daza as follows:

1. Plaintiffs shall recover from Defendant the total sum of $38,375.84.

2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. section 1961 and shall be enforceable as prescribed by 28 U.S.C. sections 2001 *et seq.*; 28 U.S.C. sections 3001-3307; and Rule 69(a) of the Federal Rules of Civil Procedure.

3. The Court retains jurisdiction over any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure and any motions that raise issues collateral to the Final Default Judgment.

4. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2024.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-23223-RAR**

**JAMES H. WEAREN**, *et al.*,

     Plaintiffs,

v.

**X AUTO IMPORT AND EXPORT CORP.**, *et al.*,

     Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Default Final Judgment Against Rayan Daza ("Motion"), [ECF No. 74]. Plaintiffs filed a Complaint, [ECF No. 1], on August 23, 2023, against X Auto Import and Export Corp. ("Dealership") and Rayan Daza, arising from the purchase of a vehicle sold by the Dealership with a tampered odometer. Mr. Daza was duly served with the Summons and Complaint on August 24, 2023. [ECF No. 5]. On October 31, 2023, this matter was compelled to arbitration upon the joint application of the Dealership and the Defendant. [ECF No. 29]. The Dealership initiated bankruptcy proceedings on April 9, 2024. [ECF No. 52-1]. Mr. Daza, however, did not. Notwithstanding, Mr. Daza all but failed to proceed with arbitration.

On June 6, 2024, this Court entered an Order to Show Cause, [ECF No. 61], with a June 25, 2024 deadline for Mr. Daza to explain why he failed to proceed with arbitration despite having sought to compel it in the first place. When Mr. Daza failed to respond, this Court entered its Order Vacating Order Granting Mr. Daza's Amended Motion to Compel Arbitration and reinstated the proceedings. [ECF No. 65]. Once more, Mr. Daza disregarded this Court's directive and failed to timely respond to the Complaint resulting in the entry of default on July 17, 2024. [ECF No. 69].

A party may apply to the court for a default judgment when the defendant fails to timely respond to a pleading. FED. R. CIV. P. 55(b)(2). "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established." *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (internal quotations omitted) (quoting *Nishimatsu Const. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1205 (5th Cir. 1975)). However, conclusions of law are to be determined by the court. *Mierzwicki v. CAB Asset Management LLC*, No. 14-61998, 2014 WL 12488533, at *1 (S.D. Fla. Dec. 30, 2014) (citation omitted). Therefore, a court may only enter a default judgment if there is a "sufficient basis to state a claim." *Id*.

Once a plaintiff has established a sufficient basis for liability, the Court must conduct an inquiry to determine the appropriate damages. *PetMed Express, Inc. v. MedPets.Com, Inc.*, 336 F. Supp. 2d 1213, 1217 (S.D. Fla. 2004) (citation omitted). Although an evidentiary hearing is generally required, the Court need not conduct such a hearing "when . . . additional evidence would be truly unnecessary to a fully informed determination of damages." *Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 746 (11th Cir. 2017). Therefore, where the record adequately supports the award of damages, an evidentiary hearing is not required. *See SEC v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005); *see also PetMed Express*, 336 F. Supp. 2d at 1223 (finding an evidentiary hearing unnecessary because plaintiff was seeking statutory damages under the Lanham Act); *Luxottica Group S.p.A. v. Casa Los Martnez Corp.*, No. 14-22859, 2014 WL 4948632, at *2 (S.D. Fla. Oct. 2, 2014) (same).

Here, the Complaint adequately alleges a claim for violation of the Federal Motor Vehicle Information and Cost Savings Act, 49 U.S.C. § 32710 *et seq*. Having not responded, Mr. Daza is deemed to have admitted the well-pleaded facts set forth in the Complaint, [ECF No. 1].

Along with the Motion, [ECF No. 74], which pleads $10,000 per statutory violation, Plaintiffs have submitted a tabulation of attorney's fees incurred in this action in the amount of $27,040, [ECF No. 74-1], as well as costs totaling $1,335.84, [ECF No. 74-2]. The Court finds no need to hold a hearing under Rule 55 of the Federal Rules of Civil Procedure based on the record before it. The Court having reviewed the record, including the exhibits filed in support of the Motion, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      Plaintiffs' Motion, [ECF No. 74], is **GRANTED**.

2.      The Court will enter a separate Final Judgment in favor of Plaintiffs and against Defendant Rayan Daza for the amounts set forth in the Motion, [ECF No. 74], as supported by the exhibits attached thereto.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**